IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THERESA MARSHALL                                                       APPELLANT

v.                                      No. 4:20-cv-1373-DPM

UNITED STATES TRUSTEE                                                   APPELLEE

ORDER

Marshall's second motion for reconsideration, *Doc. 36*, is denied. Marshall's newly discovered evidence – an administrative order regarding Covid 19 protocols and an email from Judge Taylor's staff – were available to Marshall on the day of the hearing. She acknowledges she knew the hearing date and time and "overlooked" the email. *Doc. 36 at 1-2*. Again, the Court stands by its earlier ruling, *Doc. 30*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 January 2022